## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BRIAN TEMME TREE SERVICE AND STATE WORKERS' INSURANCE FUND

v.

JERRY ECOTT (WORKERS' COMPENSATION APPEAL BOARD)

PETITION OF: JERRY ECOTT

: No. 161 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.